UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION


IN RE:                                    Case No. 8:13-mc-28-T-33EAJ
LETTERS ROGATORY
DISTRICT COURT FOR WARSAW-SRODMIESCIE, POLAND
REGARDING RECORDS OF REPUBLIC BANK AND BANK OF AMERICA
IN THE MATTER OF ZUZANNA KOSSOWSAK v. JERRY KOSSOWSKI
_____/

                               **ORDER**

   This case comes before the Court on the United States' *Application for Order Under 28 U.S.C. § 1782(a)*, wherein the United States seeks to have an Assistant United States Attorney appointed as a Commissioner under 28 U.S.C. § 1782(a) for the purpose of gathering the requested records and information and taking all other necessary actions pursuant to the Letters Rogatory issued by the District Court for Warsaw-Srodmiescie, Poland submitted with the United States' *Application*.

   The United States has submitted the original Polish-language Letters Rogatory, together with an English translation thereof, and has met the elements under 28 U.S.C. § 1782(a).

   Upon consideration of the foregoing, it is hereby **ORDERED** and **ADJUDGED:**

1. The United States' *Application for Order Under 28 U.S.C. § 1782(a)* is **GRANTED**.

2. Pursuant to 28 U.S.C. § 1782(a), Assistant United States Attorney Michael R. Kenneth is appointed as a Commissioner for

the purpose of rendering assistance as requested in the Letters Rogatory issued by the District Court for Warsaw-Srodmiescie, Poland as attached to the United States' *Application* herein. Said Commissioner's powers shall include the ability to administer such oaths, take such testimony or statements, issue such subpoenas, and take such other actions as are necessary to render the requested assistance.

3. Any copies of responsive bank records retained by the Commissioner after transmission to the requesting party shall be kept sealed.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of March, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copy: AUSA Michael R. Kenneth
U.S. Attorney's Office, M.D. Fla.
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

2